(4)

EPS

FILED IN OPEN COURT

JUN 28 2023

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 23-119-JB |
| | * | USAO NO. 23R00261 |
| v. | * | |
| | * | VIOLATION: 18 USC § 875(c) |
| CLOEPHA FRANKS | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about May 15-16, 2023, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**CLOEPHA FRANKS,**

knowingly and willfully did transmit in interstate and foreign commerce from the State of Alabama, to the State of Mississippi, a communication, to-wit: text messages, to an individual whose name is known to the Grand Jury and who is identified herein as K.W., and the communication contained a threat to injure persons in Mississippi.

Specifically, **FRANKS** wrote:

- You got a gun and I do too remember that pussy boys
- If I was you I would wondering when I coming to shot you fact non fiction
- I know where you go every morning you never know when I going to pull up on you…
- You will die soon hopefully your will ready I will let my actions speak louder than words
- See you at the Cross road hoe
- Facts see you Monday see what you got on ussy my word bond

1

- End of story roll your credit

- At the end of the day I promise you I will have your life in my hands you better read the Bible god bless me to kill people like you I promise facts

- Good luck let's see who won or win this beef I never lost one

- Go fuck yourself fagga and get ready to die soon

- If I was you I would listen

- Yep yep you will die being stupid

- You look slow to me I will just show up hoe

- Facts

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*[signature]*
ELIZABETH P. STEPAN
Assistant United States Attorney

*[signature]*
SEAN P. COSTELLO
United States Attorney

JUNE 2023